FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No.: 15 MJ 1511
                                )
                 Plaintiff,     )
                                )
       vs.                      )   ORDER OF DETENTION AFTER HEARING
                                )   [Fed.R.Crim.P. 32.1(a)(6);
BRET LEWIS RICHARDSON,          )    18 U.S.C. 3143(a)]
                                )
                 Defendant.     )
_____)

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Eastern District of California   for alleged violation(s) of the terms and
conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.     X  The defendant has not met his/her burden of establishing by
clear and convincing evidence that he/she is not likely to flee
if released under 18 U.S.C. § 3142(b) or (c).  This finding is
based on _____

1  prior record & nature of alleged in petition
2  history of non compliance
3
4  and/or
5  B.  X)  The defendant has not met his/her burden of establishing by
6  clear and convincing evidence that he/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: prior criminal history & nature of alleged
10  violations
11
12
13

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  Dated:  8/13/15
18
19  Carla M. Woehrle
20  CARLA M. WOEHRLE
21  UNITES STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

2.